EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Lic. Rafael Dávila Rivera | 2003 TSPR 142 <br><br> 160 DPR _____ |

Número del Caso: TS-3621


Fecha: 28 de septiembre de 2003


Colegio de Abogados de Puerto Rico:
                    Lcda. Mady Pacheco García de la Noceda
                    Directora Ejecutiva


Abogado de la Parte Peticionaria:
                    Por Derecho Propio


 Materia: Moción Solicitando Reinstalación al Ejercicio de la
          Abogacía

Este documento constituye un documento oficial del Tribunal
Supremo que está sujeto a los cambios y correcciones del
proceso de compilación y publicación oficial de las decisiones
del Tribunal. Su distribución electrónica se hace como un
servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


In re:

    Lic. Rafael Dávila Rivera

               TS-3621


Sala Especial de Verano integrada por el Juez Presidente, señor Andréu García y los Jueces Asociados señores Corrada del Río y Rivera Pérez.


RESOLUCION


San Juan, Puerto Rico, a 28 de septiembre de 2003

       Vista la Moción Solicitando Reinstalación, y surgiendo del expediente que el 17 de septiembre de 1999 el Colegio de Abogados presentó una Moción de Desistimiento en la que señala que el abogado pagó la deuda con la institución el 13 de septiembre de 1999, se autoriza la reinstalación del peticionario, Rafael Dávila Rivera, al ejercicio de la abogacía.

       Publíquese.

       Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


                Patricia Otón Olivieri
            Secretaria del Tribunal Supremo